UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GOODLOW, | CASE NO. CV 23-01918 AB (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES HILL, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 09, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE